UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM SCOTT SMITH,

     Petitioner,

 v.

STEVEN SINCLAIR,

     Respondent.

CASE NO. 3:21-cv-05801-RSM-BAT

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida. Dkt. #3. On October 28, 2021, Petitioner, proceeding *pro se*, filed this 28 U.S.C. § 2254 habeas petition against Respondent. Dkt. #1. The Court notified Petitioner that his filing was deficient and required that he submit an application to proceed *in forma pauperis* ("IFP") or, alternatively, pay the filing fee by December 1, 2021. Dkt. #2. On December 3, 2021, Judge Tsuchida issued the R&R recommending dismissal of Petitioner's petition for failure to correct the filing deficiency. Dkt. #3. In lieu of objections to the R&R, Petitioner moved for an extension of time and requested an additional IFP form. Dkt. #4. On January 7, 2022, The Court granted Petitioner's motion for extension of time. Dkt. #5. On January 15, 2022, Petitioner cured his IFP application and his petition was posted the same day. Dkt. #6.

ORDER DECLINING TO ADOPT REPORT
AND RECOMMENDATION - 1

Because Petitioner has now applied to proceed IFP, the Court believes it would be improper to adopt the R&R as drafted.  The Court will refer this matter back to Judge Tsuchida for further consideration.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby DECLINES to adopt the pending Report and Recommendation.  Dkt. #3.  The Court DIRECTS this matter to be referred back to Judge Tsuchida for further consideration.  The Clerk shall provide copies of this Order to the parties.

DATED this 24th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE